IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-00442-MEH

GREGORIO SANCHEZ REYES,

    Petitioner,

v.

LORETTA E. LYNCH, ATTORNEY GENERAL, et al,

    Respondent.

## FINAL JUDGMENT

PURSUANT to and in accordance with Fed. R. Civ. P. 58(a) and the Order on Application for Writ of Habeas Corpus Under 28 U.S.C. § 2241 entered by the Honorable Michael E. Hegarty on August 28, 2015, incorporated herein by reference, it is

ORDERED that the Application for Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241 is DENIED.  It is

FURTHER ORDERED that final judgment is hereby entered in favor of Respondent, Loretta E. Lynch, et al and against Petitioner, Gregorio Sanchez Reyes. It is

DATED at Denver, Colorado this __28th__ day of August, 2015.

                FOR THE COURT:

                JEFFREY P. COLWELL, CLERK

                By: s/Stacy Libid
                Stacy Libid, Deputy Clerk